UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,   Civil 08-5402 DSD/FLN

    Plaintiff,

v.   O R D E R

City of St. Paul, Police Department,
et al.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 5, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's second application for leave to proceed *in forma pauperis* and for appointment of counsel [#4] is DENIED; and

2. This action is summarily DISMISSED WITHOUT PREJUDICE.

DATED: December 2, 2008

                                             s/David S. Doty
                                             David S. Doty, Judge
                                           United States District Court